# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
www.flmb.uscourts.gov

In re:

The Producers, Inc.,

    Debtor.

_____/

GREGORY FAIA; VERNON DECOSSAS, III; DNC HOLDINGS, INC; DOM HOLDINGS, INC.; and DOMAIN APPS, LLC,

    Plaintiffs,

v.

SIGMUND SOLARES; MICHAEL GARDNER; VIVIAN SOLARES CAHILL; the estate of Sandra F. Gardner; LARRY S. HYMAN, as Chapter 7 Trustee of the bankruptcy estate of The Producers, Inc.; and THE PRODUCERS, INC.,

    Defendants.

_____/

Case No. 8:19-bk-8638-CPM
Chapter 11

Adv. No. 8:21-ap-00333-CPM

## MEDIATOR'S NOTICE OF IMPASSE

The undersigned conducted a mediation in Adversary Proceeding No. 8:21-ap-333-CPM, Faia et al. v. Solares, et al., on August 11, 2022, at the offices of Carlton Fields in Tampa. The mediation lasted substantially all day and resulted in impasse.

Dated: September 2, 2022

        **GENOVESE JOBLOVE & BATTISTA, P.A.**
        100 S.E. Second Street, 44th Floor
        Miami, FL 33131
        Telephone: (305) 349-2300
        Facsimile: (305) 349-2310

        By: /s/ *Theresa Van Vliet*_____

        Theresa Van Vliet, Esq.
        Florida Bar No. 374040
        tvanvliet@gjblaw.com
        John K. Olson, Esq.
        Florida Bar No. 201634
        jolson@gjblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of September 2022, a true and correct copy of the foregoing was served to all parties receiving CM/ECF notification via the Court's CM/ECF system.

        By: /s/ *Theresa Van Vliet*_____
        Theresa Van Vliet, Esquire