UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| THE PRODUCERS, INC., | Case No. 8:19-bk-08638-CPM |
|     Debtor. | |
| _____/ | |
| GREGORY FAIA; VERNON DECOSSAS, III; DNC HOLDINGS, INC; DOM HOLDINGS, INC.; and DOMAIN APPS, LLC | |
|     Plaintiffs, | |
| v. | Adv. Pro. No. 8:21-ap-00333-CPM |
| SIGMUND SOLARES; MICHAEL GARDNER; VIVIAN SOLARES CAHILL; MICHAEL GARDNER as personal representative for the estate of Sandra F. Gardner; LARRY S. HYMAN, as Chapter 7 Trustee of the bankruptcy estate of The Producers, Inc.; and THE PRODUCERS, INC. | |
|     Defendants. | |
| _____/ | |

**DEFENDANTS,
VIVIAN SOLARES CAHILL AND THE ESTATE OF SANDRA F. GARDNER'S
EXHIBIT LIST**

Vivian Solares Cahill and the Estate of Sandra F. Gardner, in compliance with the Order Granting Agreed Motion to Extend Time to File and Serve Exhibit List (Doc. No. 248), hereby submits this Exhibit List in connection with the November 7, 2022 Trial on the Nominee Issue.

| Ex. | Date | Depo Ex. | Bates or Other Identifies | Document Description | Date Iden. | Date Adm. | With or Without Objection |
|---|---|---|---|---|---|---|---|
| 1 | 10/22/10 | | SE-000251 | Email – G. Faia to S. Gardner | | | |

1

| Ex. | Date | Depo Ex. | Bates or Other Identifies | Document Description | Date Iden. | Date Adm. | With or Without Objection |
|---|---|---|---|---|---|---|---|
| 2 | 1/13/11 | ? | SOL-0007657 through SOL-0007666 | Email – D. Vinterella to S. Solares. | | | |
| 3 | 2011 through 2020 | | | Various video and audio recordings with designation to follow upon transcription pursuant to Court Order. | | | |
| 4 | 8/18/11 | | SOL-0014503 through SOL-0014504 | Email – S. Solares to S. Solares. | | | |
| 5 | 8/23/11 | | FAIA-071879 | Email – V. Docossas to G. Faia | | | |
| 6 | 8/25/11 | | FAIA-072171 through FAIA-072172 | Email Chain – G. Faia, D. Vinterella, S. Solares | | | |

| Ex. | Date | Depo Ex. | Bates or Other Identifies | Document Description | Date Iden. | Date Adm. | With or Without Objection |
|---|---|---|---|---|---|---|---|
| 7 | 8/25/11 | 50 in part, 51in part | FAIA-072173 to FAIA-072240 | Email – G. Faia to various. | | | |
| 8 | 10/5/11 | | DNC-1328974 | Email Chain – V. Decossas and S. Solares. | | | |
| 9 | 10/11/11 | | Decossas-0098721 | Email Chain -S. Solares and V. Decossas. | | | |
| 10 | 11/11/11 | | SS-0057370 | Voodoo.com date of incorporation. | | | |
| 11 | 1/13/12 | 54 partial 72 partial | FAIA-138927 through FAIA-138951 | Email D. Vinterella to G. Faia. | | | |
| 12 | 5/4/12 | | FAIA-161899 through FAIA-161905 | Email D. Vinterella to G. Faia. | | | |

| Ex. | Date | Depo Ex. | Bates or Other Identifies | Document Description | Date Iden. | Date Adm. | With or Without Objection |
|---|---|---|---|---|---|---|---|
| 13 | 5/8/12 | | FAIA-161934 through FAIA-161940 | Email - G. Faia to G. Grob. | | | |
| 14 | 5/8/12 | | FAIA-161941 through FAIA-161944 | Email D. Vinterella to G. Faia. | | | |
| 15 | 5/13/12 | | FAIA-161988 through FAIA-162052 | Email G. Grob to C. Hiller. | | | |
| 16 | 5/13/12 | | FAIA-162118 through FAIA-162182 | Email G. Faia to S. Solares and M. Gardner. | | | |
| 17 | 5/13/12 | 49 partial | Decossas-000461-(7.26.2019) through Decossas-000486-(7.26.2019) | Non-Representation Letter - V. Decossas | | | |

| Ex. | Date | Depo Ex. | Bates or Other Identifies | Document Description | Date Iden. | Date Adm. | With or Without Objection |
|---|---|---|---|---|---|---|---|
| 18 | 5/16/12 | 52 partial 53 partial 85 partial | DNC1329270 through DNC1329344 also GAR-0057255 through GAR-0057328 | Email – S. Solares to V. Decossas. | | | |
| 19 | 5/19/12 | | DNC-1327235 | Email – V. Decossas to S. Solares. | | | |
| 20 | 5/21/12 | | FAIA-162205 | Email – C. Hiller to G. Faia. | | | |
| 21 | 5/21/12 | | SOL-0030605 through SOL-0030606 | Email – S. Solares to D. Simonton. | | | |
| 22 | 5/22/12 | 30 | DNC1329152 through DNC1329153 | Email – V. Decossas to S. Solares. | | | |

| Ex. | Date | Depo Ex. | Bates or Other Identifies | Document Description | Date Iden. | Date Adm. | With or Without Objection |
|---|---|---|---|---|---|---|---|
| 23 | 6/27/13 | | SE-000251 | Email – V. Decossas to S. Gardner. | | | |
| 24 | 4/16/14 | | DNC1397798 | Email – V. Decossas to S. Gardner. | | | |
| 25 | 4/18/14 | | SS-0057371 to SS-0057372 | Information certificate from Louisiana Secretary of State with respect to Ad Source Financial, LLC. | | | |
| 26 | 5/3/15 | | DNC1430893 through DNC1430895 | Email Chain – V. Decossas and G. Faia. | | | |
| 27 | 3/30/16 | | DNC1338623 through DNC1338918 | Email Chain – V. Decossas to G. Faia. | | | |
| 28 | 8/5/16 | | FAIA-183246 through FAIA-183257 | Email Chain – G. Faia and G. Grob. | | | |

| Ex. | Date | Depo Ex. | Bates or Other Identifies | Document Description | Date Iden. | Date Adm. | With or Without Objection |
|---|---|---|---|---|---|---|---|
| 29 | 8/15/16 | | FAIA-183279 | Email -- G. Faia email to S. Solares, G. Grob and V. Decossas. | | | |
| 30 | 10/28/16 | | DNC1850602 through DNC1850703 | V. Decossas and M. Gardner Skype instant messages. | | | |
| 31 | 4/20/17 through 5/30/18 | | GAR-0062381 through GAR-0062541 | M. Gardner to V. Decossas Skype instant messages. | | | |
| 32 | 7/25/19 | 17 partial 19 partial 49 partial | Decossas-000001-(7.25.2019) through Decossas-000520-(7.25.2019) | Transaction documents. | | | |
| 33 | 8/1/19 | | SS-0057318 to SS-0057369 | Joint Motion to Limit Discovery -- filed by attorneys for Greg Faia, Vernon Decossas and Michael Gardner. Filed in the 24th Judicial District of Louisiana. Case NO: 785-016 Division "J". | | | |

| Ex. | Date | Depo Ex. | Bates or Other Identifies | Document Description | Date Iden. | Date Adm. | With or Without Objection |
|---|---|---|---|---|---|---|---|
| 34 | 8/14/19 | | FAIA-191114 | Email – M. Gardner to G. Faia and V. Decossas | | | |
| 35 | 1/13/20 | | MG-0009356 through MG-0009366 | Email – V. Decossas to S. Palowsky | | | |
| 36 | 3/12/20 | | SS-0018043 | Recording – M. Gardner, G. Faia and V. Decossas. | | | |
| 37 | 3/12/20 | | | Deposition Transcript of Greg Faia and any exhibits attached thereto. | | | |
| 38 | 3/13/20 | | | Deposition Transcript of Greg Faia and any exhibits attached thereto. | | | |

| Ex. | Date | Depo Ex. | Bates or Other Identifies | Document Description | Date Iden. | Date Adm. | With or Without Objection |
|---|---|---|---|---|---|---|---|
| 39 | Various | | None provided by DNC Holdings, Inc. | Word documents of 42 board resolutions and 1 template produced by DNC Holdings, Inc., on or right before August 27, 2020. No bates numbers provided by DNC Holdings, Inc. with the production. | | | |
| 40 | Various | | DNC501570 through DNC501665 | Board Resolutions. | | | |
| 41 | 3/31/20 | | | Decossas Rule 2004 Examination | | | |
| 42 | 4/1/20 | | | Decossas Rule 2004 Examination | | | |
| 43 | 4/2/20 | | | Decossas Rule 2004 Examination | | | |
| 44 | 6/19/20 | | Case 8:20-ap-00331-CPM DOC 26-1 | Vernon Decossas Declaration. | | | |
| 45 | 6/19/20 | 71 | Case 8:20-ap-00331-CPM DOC 26-2. | Greg Faia Declaration. | | | |
| 46 | 6/26/20 | 5 partial 6 partial | | Notice of intent to serve Subpoena for Rule 2004 examination of Vivian Cahill emailed by Luigi E. Orengo Jr., Esq., of Carlton Fields. | | | |

| Ex. | Date | Depo Ex. | Bates or Other Identifies | Document Description | Date Iden. | Date Adm. | With or Without Objection |
|---|---|---|---|---|---|---|---|
| 47 | 7/20/20 | | Case 8:20-ap-00331-CPM Doc 69. | Motion To Dismiss Plaintiff Amended Complaint. | | | |
| 48 | 9/17/20 | | | Deposition Transcript of Greg Faia and any exhibits attached thereto. | | | |
| 49 | 9/18/20 | | | Deposition of Greg Faia and any exhibits attached thereto. | | | |

| Ex. | Date | Depo Ex. | Bates or Other Identifies | Document Description | Date Iden. | Date Adm. | With or Without Objection |
|---|---|---|---|---|---|---|---|
| 50 | 9/25/20 | | | FD Parties' Pre-Mediation Interrogatories to M. Gardner | | | |
| 51 | 9/25/20 | | | FD Parties' Pre-Mediation Interrogatories to S. Solares | | | |
| 52 | 1/25/21 | 21 | Case 8:19-bk-08638-CPM (Doc 561) | Joint Motion for Leave to File Document Under Seal and Request for In Camera Review of Documents. | | | |
| 53 | 5/12/21 | | SS-0057429 to SS-0057460 | Transcript of meeting of board of The Producers, Inc. | | | |
| 54 | 6/8/21 | | SS-0057461 to SS-0057495 | Transcript of meeting of board of The Producers, Inc. | | | |
| 55 | 8/3/21 | | SS-0057496 to SS-0057516 | Transcript of meeting of board of The Producers, Inc. | | | |
| 56 | 8/13/21 | | (Doc. 668) | Motion to Enforce Settlement | | | |

| Ex. | Date | Depo Ex. | Bates or Other Identifies | Document Description | Date Iden. | Date Adm. | With or Without Objection |
|---|---|---|---|---|---|---|---|
| 57 | Various | | | Deposition transcripts of all witnesses along with accompanying exhibits in 2020 and 2022 including G. Faia, V. Decossas, and D. Vinterella. | | | |
| 58 | | | | Deposition Transcript of Gina Grob and exhibits attached thereto. | | | |
| 59 | 3/23/22 | | Case 8:21-ap-00333-CPM (Doc 115-11) | Declaration of V. Decossas. | | | |
| 60 | 3/23/22 | 68 | Case 8:21-ap-00333-CPM (Doc 115-12) | Declaration of G. Faia. | | | |
| 61 | | 83 | | Waiver of attorney client privilege by Vivian Cahill to David Vinterella. | | | |
| 62 | | 83 | | Waiver of attorney client privilege by the Estate of Sandra Gardner to David Vinterella. | | | |
| 63 | 10/3/22 | 83 | | Waiver of attorney client privilege by Sigmund Solares, Michael Gardner and certain of their companies and former companies to David Vinterella. | | | |
| 64 | | 50 | FAIA- 072224 through FAIA- 072229 | Option to Sandra Gardner | | | |

| Ex. | Date | Depo Ex. | Bates or Other Identifies | Document Description | Date Iden. | Date Adm. | With or Without Objection |
|---|---|---|---|---|---|---|---|
| 65 |  | 51 | FAIA- 072231 through FAIA- 072236 | Option to Vivian Cahill |  |  |  |
| 66 |  | 53 |  | Option to Transfer and Right of First Refusal |  |  |  |
| 67 |  | 69 | SOL-0023756 through SOL-0023779 | Email G. Faia to S. Solares with attachments. |  |  |  |
| 68 |  | 72 | FAIA – 138928 through FAIA - 138933 | Option and Right of First Refusal to Purchase Stock |  |  |  |
| 69 | 05/04/12 | 75 | FAIA – 0034583 through FAIA - 0034587 | Email – G. Faia to S. Solares |  |  |  |

| Ex. | Date | Depo Ex. | Bates or Other Identifies | Document Description | Date Iden. | Date Adm. | With or Without Objection |
|---|---|---|---|---|---|---|---|
| 70 | | 76 | Decossas – 000380 – (07.25.19) | DNC Holdings, Inc. Minutes | | | |
| 71 | | 77 | Decossas – 000473 (07.26.2019) | Non-Representation Letter to V. Cahill | | | |
| 72 | 05/22/12 | 30 | DNC 1329152 through | Email – V. Decossas to S. Solares with attachment | | | |
| 73 | Various | | MG-0009367 to MG-0009378 | Email chain and notes – G. Grob, J. Bezou, and M. Gardner | | | |
| 74 | | | | All motions and discovery responses in each case. | | | |
| 75 | | | | All documents necessary for rebuttal and/or impeachment. | | | |
| 76 | | | | Any demonstrative exhibit depicting any summary, tabulation, and/or graphic demonstration of any of the above. | | | |

Vivian Solares Cahill and the Estate of Sandra F. Gardner reserve the right to supplement this list of exhibits up to the time of trial as more information becomes known and for purposes of rebuttal.

Dated:  New Orleans, Louisiana
        October 12, 2022

AARON & GIANNA, PLC.
201 St. Charles Avenue
Suite 3800
New Orleans, LA 70170
(504) 569-1800 (telephone)
(504) 569-1801 (fax)


By:  _____/s/ W. Glenn Burns_____
     W. Glenn Burns, Esq.
     Louisiana Bar No. 03698
     gburns@aarongianna.com
     William D. Aaron, Jr., Esq.
     Louisiana Bar No. 02267
     waaron@aarongianna.com
     DeWayne L. Williams, Esq.
     Louisiana Bar No. 27685
     dwilliams@aarongianna.com


And

BUSH ROSS, P.A.
Post Office Box 3913
Tampa, Florida  33601-3913
(813) 224-9255 (telephone)
(813) 223-9620 (fax)
Jeffrey W. Warren, Esq.
Florida Bar No. 150024
jwarren@bushross.com
Laura B. Labbee, Esq.
Florida Bar No. 113577
llabbee@bushross.com

*Counsel for Vivian Solares Cahill and estate of Sandra F. Gardner*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Requests on all counsel record by electronic correspondence or by depositing same in the U.S. Mail, postage prepaid, this 12th day of October, 2022.

                                                  /s/ W. Glenn Burns
                                                 W. Glenn Burns, Esq.
                                                 Louisiana Bar No. 03698
                                                 gburns@aarongianna.com