ORDERED.

**Dated:  January 13, 2023**

Catherine Peek McEwen
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| In re: | Case No. 8:19-bk-08638-CPM |
| THE PRODUCERS, INC., | Chapter 11 |
| Debtor. | |

_____/

GREGORY FAIA; VERNON DECOSSAS, III;
DNC HOLDINGS, INC; DOM HOLDINGS, INC.;
and DOMAIN APPS, LLC,

     Plaintiffs,

v.                                                                    Adv. No. 8:21-ap-00333-CPM

SIGMUND SOLARES; MICHAEL GARDNER;
VIVIAN SOLARES CAHILL; MICHAEL
GARDNER As executor of the estate of Sandra
F. Gardner; LARRY S. HYMAN, as Chapter 7
Trustee of the bankruptcy estate of The Producers,
Inc.; and THE PRODUCERS, INC.,

     Defendants.

_____/

## ORDER ALLOWING ELECTRONIC EQUIPMENT INTO COURTHOUSE

87D366704.DOCX

THIS CAUSE came before the Court for a hearing on January 12, 2023 at 10:00 a.m. ("**Hearing**") for consideration of Defendants' Unopposed Motion for Order Allowing Electronic Equipment into Courthouse (Doc. No. 396) (the "**Unopposed Motion**").

For the reasons stated at the Hearing, it is **ORDERED:**

1.      The Unopposed Motion is **GRANTED in part and DENIED in part**.

2.      The following individuals are permitted to bring the below specified electronic equipment through security at the **Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602, to <u>Courtroom 8B, the Honorable Catherine Peek McEwen</u>, for the continued trial on <u>Tuesday January 17, 2023, Wednesday, January 18, 2023, and Thursday, January 19, 2023:</u>**

     a.      The parties listed below may bring in their cell phones. Lead counsel for the parties must collect their respective clients' cell phones and leave them on counsel's table, and may distribute them to their clients only for use during breaks. The parties may not bring any other electronic device, but this is without prejudice to counsel raising any requests for permission during trial:

> i.    Sigmund Solares
> ii.   Michael Gardner
> iii.  Vivian Cahill
> iv.   Gregory Faia
> v.    Vernon Decossas, III

     b.      The pro hac vice counsel listed below may bring in their cell phones, laptops, tablets, and any chargers:

> i.    Michael Magner
> ii.   W. Glenn Burns
> iii.  DeWayne L. Williams

     c.      The Courtroom Technology Operators listed below may bring in the following electronic equipment:

87D366704.DOCX

    i.   Aaron Washington:

1. Two Laptops
2. Flat screen monitor
3. HDMI splitter & switch
4. Printer
5. Speakers (backup if any issues with courts audio system)
6. Power & AV cables
7. Power strip
8. Extension cord
9. Mouse
10. Power point remote
11. Cell phone
12. Cell phone charger cord
13. MiFi (wireless router/mobile Wi-FI hotspot)
14. MacBook
15. IPad
16. Adapters for Mac products

    ii.   Kasey Surface or Michael Boucher or Anthony Bosco[1]:

1. Table
2. Two Laptops
3. Flat screen monitor
4. HDMI splitter & switch
5. Printer
6. Speakers (backup if any issues with courts audio system)
7. Power & AV cables
8. Power strip
9. Extension cord
10. Mouse
11. Power point remote
12. Cell phone with charger
13. IPad

    iii.   Patrick Dougan

1. Printer
2. Laptop
3. Laptop charging cord
4. MiFi (wireless router/mobile Wi-Fi hotspot)
5. Cell phone

---

[1] Ms. Surface is scheduled to be the Courtroom Technology Operator for Defendants, but Mr. Boucher and Mr. Bosco are alternatively listed in case there is an illness or emergency preventing Ms. Surface's attendance.

      6. Cell phone charger cord

  iv. Karly Thompson
      1. Printer
      2. Cell phone
      3. Cell phone charger cord
      4. Laptop
      5. Laptop charging cord

  v. Nicole Mahari
      1. Cell phone
      2. Cell phone charger cord
      3. Laptop
      4. Laptop charging cord

3.      The provisions of General Order 6:13-mc-94-orl-22, *In re: Possession and Use of Personal Electronic Devices in Federal Courthouse in the Middle District of Florida*, apply to the use of permitted electronic devices.

4.      Each person authorized by this Order shall present a copy of this Order to security personnel when they enter the courthouse with the electronic equipment. Security personnel require that the authorized person present picture identification at the time of entry.

Attorney Jeffrey W. Warren is directed to serve a copy of this Order on interested non-CM/ECF users and file a proof of service within three (3) days of entry of the Order.

4