

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/12/2023 10:00 AM

COURTROOM   8B

## HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:19-bk-08638-CPM** | **Chapter 11** | 09/24/2021 |
| **ADVERSARY:** 8:21-ap-00333-CPM | | **Pltf Atty:** Michael W Magner |
| | | **Dft Atty:** Lynn Welter Sherman |
| **DEBTOR:** | The Producers, Inc. | |

**HEARING:**

Faia et al v. Solares et al

*Unopposed Motion For Order Allowing Electronic Equipment into Courthouse Filed by Jeffrey W. Warren on behalf of Defendants Vivian Solares Cahill, The Estate of Sandra F. Gardner. (Warren, Jeffrey) (Entered: 01/05/2023) Doc #396

**APPEARANCES:**:
via zoom: Al Gomez, Dewayne Williams, Glenn Burns, Laura Labbee, Mike Magner, in person:   Scott Underwood, Luigi Orengo, Glenn Gallagher

**WITNESSES:**

**EVIDENCE:**

**RULING:**
*Unopposed Motion For Order Allowing Electronic Equipment into Courthouse Filed by Jeffrey W. Warren on behalf of Defendants Vivian Solares Cahill, The Estate of Sandra F. Gardner. (Warren, Jeffrey) (Entered: 01/05/2023) Doc #396 -   Granted & Denied in part as announced, order by Labbee
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.