# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In re:                                          Case No. 8:19-bk-08638-CPM

THE PRODUCERS, INC.,                            Chapter 11

     Debtor.

_____/

GREGORY FAIA; *et al.,*

     Plaintiffs,

v.                                              Adv. No. 8:21-ap-00333-CPM

SIGMUND SOLARES; *et al.,*

     Defendants.

_____/

## UPDATED
## CONSOLIDATED EXHIBIT LIST[1]

_____

[1] Subject to further rulings by the Court and further evidence to be moved in by the parties.  The parties reserve the right to amend or supplement where appropriate.

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 1 | 4/26/07 | P 41 | Doc. No. 1-3 in Case No. 2:07-cv-02668-JCZ-SS in the United States District Court for the Eastern District of Louisiana | 2007 Dell Lawsuit Complaint | | Admitted 11/9/22 | Relevance to Nominee Issues Foundation Hearsay Prejudice outweighs probative value |
| 2 | 3/19/10 | P 42(a) | Doc. No. 1 Case No. 8:10-cv-00665-VMCEAJ in the United States District Court for the Middle District of Florida | Verizon Complaint | | Admitted 11/9/22 | Relevance to Nominee Issues Foundation Hearsay Prejudice outweighs probative value |
| 3 | 10/7/10 | P 42(b) | Doc. No. 68 filed in the United States District Court for the Middle District of Florida | Amended Verizon Complaint (including all attachments and exhibits thereto) | | Admitted 11/9/22 | Relevance to Nominee Issues Foundation Hearsay Prejudice outweighs probative value |
| 4 | 12/9/10 | Supplemental P 139 | Faia-0004981 | 12/9/2010 e-mail from S. Solares to sally@faialawfirm.com, Subject: 2 completed donations | 11/8/22 | Admitted 11/8/22 | Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues |

[3] "P" denotes Plaintiffs' exhibit and "VS" denotes Defendants' exhibit.
[4] = H; Relevance = R oundation & Authenticity = F; Completeness = C; Misleading = ML; Best Evidence = BE; Excessive = E; Duplicative = D; Illegible = I.

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 5 | 1/13/11 | VS 2 | SOL-0007657 through SOL-0007666 | Email – D. Vinterella to S. Solares. | | | Relevance = R; Completeness = C; Misleading = ML |
| 6 | 1/13/11 | P 53 | DNC-1338695 - 1338696 | Redacted Act of Donation from Sigmund J. Solares to David A. Vinterella | | | Relevance to Nominee Issues |
| 7 | 2/2/11 | P 66 | Instrument # 2011153148 recorded in Hillsborough County, FL | Corrected Quitclaim Deed for 3618 W. Horatio Street, Tampa, FL 33609 from Sigmund Solares to Vivian S. Solares dated Feb. 2, 2011 | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues |
| 8 | 2/2/11 | P 67 | Instrument # 2011054579 recorded in Hillsborough County | Quitclaim Deed for 3618 W. Horatio Steet, Tampa, FL 33609 from Sigmund Solares to Vivian S. Solares dated Feb. 2, 2011 | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues |
| 9 | 2/2/11 | P 61 | Doc. No. 126 in Case No. 8:10-cv-00665-VMC-E_J in the United States District Court for the Middle District of Florida | Notice of Filing Amended Declaration of Sigmund J Solares | | | Relevance to Nominee Issues |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 10 | 5/15/11 | Supplemental P 158 | SOL-0012156 – 0012157 | May 15, 2011 Email from Sigmund Solares to Michael Gardner; Subject: One Option for Facing VZ and Leviathan | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues Prejudice outweighs probative value |
| 11 | 6/10/11 | P 71 | 2004Solares-0000115-0000145 | Redacted Jimarcus Technology LLC Incorporation Documents | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues |
| 12 | 7/13/11 | Supplemental P 161 | SOL-0013253 – 0013256 | July 13, 2011 Email from Sigmund Solares to Gregory Faia and Michael Gardner; Subject: Re: Stock Power | | Admitted 11/9/22 | Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues |
| 13 | 8/2/11 | P 127 | Doc. No. 162 in Case No. 8:10-cv-00665-VMC-E_J in the United States Bankruptcy Court for the Middle District of Florida | Order from the United States District Court for the Middle District of Florida | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues Prejudice outweighs probative value |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 14 | 8/4/11 | Supplemental P 138 | Faia-008387 – Faia-008388 | 8/4/2011 e-mail from S. Solares to Greg Faia, Subject: Sale Contracts and Agreements | | | Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues |
| 15 | 8/4/11 | Supplemental P 157 | SOL-0013780 – 0013782 | Aug. 4, 2011 Email from Sigmund Solares to Gregory Faia and Michael Gardner; Subject: Re: Sale Contracts and Agreements | | | Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues |
| 16 | 8/18/11 | VS 4 | SOL-0014503 through SOL-0014504 | Email – S. Solares to S. Solares. | | | |
| 17 | 8/23/11 | VS 5 | FAIA-071879 | Email – V. Docossas to G. Faia | | | C; ML; Withdrawal subject to review of designation |
| 18 | 8/23/11 | Supplemental P 150 | F008839 – F008841 | 8/23/2011 e-mail from sally@faialawfirm.com to Greg Faia, Subject: Updated | | | Not sufficiently identified to determine whether produced to Optionee Defendants Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 19 | 08/25/11 | VS 1 | SOL-0014818 | Email – S. Solares to D. Vinterella (previously filed in this matter at Doc. 112-1) | | | |
| 20 | 08/25/11 | VS 1a | SOL-0014819 | Email – D. Vinterella to G. Faia and S. Solares | | | Withdrawal subject to review of designation |
| 21 | 8/25/11 | VS 6 | FAIA-072171 through FAIA-072172 | Email Chain – G. Faia, D. Vinterella, S. Solares | | | |
| 22 | 8/25/11 | Supplemental P 153 | SOL-0014721 | 8/25/2011 e-mail from Vivian to S. Solares, Subject: Plan for Thursday | | | Not supplemental because known prior to October 5, 2022 Duplicative of Plaintiffs' Exhibit 23 (Doc. No. 268) To the extent identical to Plaintiffs' Exhibit 23 (Doc. No. 268), Stipulated |
| 23 | 8/25/11 | VS 7 | FAIA-072173 to FAIA-072240 | Email – G. Faia to various. | 11/7/22 | Admitted 11/7/22 | F; withdrawal subject to designation |
| 24 | 8/25/11 | VS 70 | Decossas – 000380 – (07.25.19) | DNC Holdings, Inc. Minutes | | | |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 25 | 8/25/11 | P 12 | 2004Solares-0878880-0878882 | Vernon Decossas Power of Attorney for DNC in favor of Sigmund Solares and Michael Gardner (redacted) | 11/8/22 | Admitted 11/8/22 | Relevance to Nominee Issues |
| 26 | 8/25/11 | P 13 | 2004Solares-0492397-2004Solares-042399 | Gregory Faia Power of Attorney for DNC in favor of Sigmund Solares and Michael Gardner (redacted) | 11/8/22 | Admitted 11/8/22 | Relevance to Nominee Issues |
| 27 | 8/25/11 | P 23 | SOL-0014721 | Aug. 25, 2011 Email from Vivian Solares Cahill to Sigmund Solares Subject: Re: Plan for Thursday | 11/7/22 | Admitted 11/7/22 | Stipulated |
| 28 | 8/25/11 | P 79 | SOL-0023758 – SOL-0023778 | Executed sales documents related to DNC Holdings, Inc., including Asset Purchase Agreement, Letter of Intent, Board Minutes, Assignment of Assets, APA, Bill of Sale, Confidentiality Agreement | 11/8/22 | Admitted 11/8/22 | Completeness because fails to include cover email of SOL-0023756 – SOL- 0023757 |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 29 | 9/8/11 – 10/7/21 | P 18 | SS-0054685-0054687; SS-0054786-0054791 | Partial Skype Transcript Between Sigmund Solares and Vivian Solares Cahill | | | Relevance to Nominee Issues |
| 30 | 9/21/11 | P 70 | DNC501702-DNC501732 | DNC Holdings, Inc. Corporate Formation Documents | | Admitted 11/9/22 | Stipulated |
| 31 | 10/5/11 | VS 8 | DNC-1328974 | Email Chain – V. Decossas and S. Solares. | | | H |
| 32 | 10/11/11 | VS 9 | Decossas-0098721 | Email Chain -S. Solares and V. Decossas. | | | H |
| 33 | 10/11/11 | Supplemental P 149 | Decossas-0098721 – Decossas-0098722 | 10/11/2011 e-mail from sally@faialawfirm.com to S. Solares, Subject: Gift Tax Reporting for 2010 | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues |
| 34 | 11/11/11 | VS 10 | SS-0057370 | Voodoo.com date of incorporation. | | | F; C; ML; BE; H |

| 35 | 11/30/11 | P 43 | SOL-0023756 – 0023757 | Nov. 30, 2011 Email from Sigmund Solares to Sigmund Solares, Subject: Fwd: Directnic Sale | | | Stipulated |
|---|---|---|---|---|---|---|---|

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 36 | 11/30/11 | VS 67 | SOL-0023756 through SOL-0023779 | Email G. Faia to S. Solares with attachments. | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Withdrawal subject to review of designation |
| 37 | 1/13/12 | VS 11 | FAIA-138927 through FAIA-138951 | Email D. Vinterella to G. Faia. | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Withdrawal of Lsubject to review of designation |
| 38 | 1/27/12 | P 128 | Doc No. 1 in Case No. 2:12-cv-00759-GAFPJW in the United States District Court for the Central District of California | Verizon Complaint filed in the United States District Court for the Central District of California (with accompanying exhibits/attachments | 11/8/22 | Admitted 11/8/22 | Relevance to Nominee Issues  Prejudice outweighs probative value |
| 39 | 4/8/12 | Supplemental P 147 | DNC1326558 | 4/8/2012 e-mail from S. Solares to B. Decossas, Subject: Potential Splitting of Assets | | | Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues |

9

| 40 | 4/8/12 | Supplemental P 159 | SOL-0029542 – 0029543 | April 8, 2012 Email from Michael Gardner to Sigmund Solares, Vernon Decossas, and Gregory Faia; Subject Re: ToDo List for Tomorrow | | | Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 41 | 4/9/12 | P 24 | SOL-0042171 | April 9, 2012 Email From Vernon Decossas to Sigmund Solares Subject: Re: If my worst fears are true and I really hope they are not this is what I expect | 11/8/22 | Admitted 11/8/22 | Relevance to Nominee Issues |
| 42 | 4/9/12 | Supplemental P 160 | SOL-0029700 | April 9, 2012 Email from Michael Gardner to Sigmund Solares, Gregory Faia, and Vernon Decossas; Subject: This week | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues |
| 43 | 4/10/12 | P 25 | SOL-0042392-0042398 | April 10, 2012 Email from Sigmund Solares to Sigmund Solares Subject: random old docs (with attachment consisting of Sigmund Solares's notes to himself) | | Admitted Pursuant to Stipulation Announced by Counsel for Defendants on the Record on 11/9/22 | Relevance to Nominee Issues <br><br> Prejudice outweighs probative value |
| 44 | 4/10/12 | P 62 | DNC1345727 - 1345736 | Draft Agreement for Proposed Transaction Between Sigmund Solares and Michael Gardner | | | Relevance to Nominee Issues |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 45 | 4/10/12 | P 63 | DNC1345724 - 1345736 | April 10, 2012 Email from Gregory Faia to Vernon Decossas Subject: Fwd: Agreement (wAttachment consisting of draft agreement for proposed transaction between Sigmund Solares and Michael Gardner | | Admitted Pursuant to Stipulation Announced by Counsel for Defendants on the Record on 11/9/22 | Relevance to Nominee Issues |
| 46 | 4/10/12 | Supplemental P 156 | DNC1345724 - 1345736 | Email from Greg Faia to Vernon Decossas dated April 10, 2012; Subject Fwd: Agreement (with attachment consisting of draft asset splitting agreement for Michael Gardner and Sigmund Solares) | | | Not supplemental because known prior to October 5, 2022 (Deposition Exhibit 103) Relevance to Nominee Issues |
| 47 | 4/10/12 | P 69 | DNC1345727- 1345736 | Draft Agreement for splitting assets and companies as between Sigmund Solares and Michael Gardner | | | Relevance to Nominee Issues

Completeness because fails to include cover email beginning DNC1345724 Duplicate of Plaintiffs' Ex. 62 |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 48 | 4/12/12 | Supplemental P 152 | 2004Solares-89194 – 2004Solares-89210 | 4/12/2012 e-mail from Carter Anderson to S. Solares, Subject: Gardner agreement | | | Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues<br><br>Privilege |
| 49 | 4/15/12 | P 85 | 2004Solares-0223407 - 0223451 | April 15, 2012 email from Sigmund Solares to himself Subject: Gardner Skype Chat March/April 2012 | | 2004Solares-0223471 Admitted Pursuant to Stipulation Announced by Counsel for Defendants on the Record | Relevance to Nominee Issues |
| 50 | 4/18/12 | Supplemental P 142 | DNC1329581 – DNC1329585 | 4/18/2012 e-mail from S. Solares to B. Decossas, Subject: I took your version and put in some edits including possible earnout | 11/8/22 | Admitted<br><br>11/8/22 | Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues |
| 51 | 4/19/12 | Supplemental P 141 | DNC1329751 – DNC1329752 | 4/19/2012 e-mail from S. Solares to B. Decossas, Subject: Thoughts on moving forward without splitting assets | | Admitted Pursuant to Stipulation Announced by Counsel for Defendants on the Record on 11/9/22 | Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 52 | 5/2/12 | Supplemental P 144 | DNC1326572 – DNC1326573 | 5/2/2012 e-mail from S. Solares to B. Decossas, Subject: Voodoo | | Admitted Pursuant to Stipulation Announced by Counsel for Defendants on the Record on 11/9/22 | Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues |
| 53 | 5/1/12 | Supplemental P 145 | DNC1326562 – DNC1326564 | 5/2/2012 e-mail from S. Solares to B. Decossas, Subject Voodoo | 11/8/22 | Admitted  11/8/22 | Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues |
| 54 | 5/4/12 | VS 12 | FAIA-161899 through FAIA-161905 | Email D. Vinterella to G. Faia. | | | H  ; ML |
| 55 | 5/4/12 | VS 69 | FAIA – 0034583 through FAIA - 0034587 | Email – G. Faia to S. Solares | | | F; ML |
| 56 | 5/4/12 | P 27 | 2004Solares-0060234 - 0060236 | May 4, 2012 Email from Sigmund Solares to David Vinterella Subject: Fwd: To do (with Attachment consisting of To Do List describing various corporate documents) | | Admitted Pursuant to Stipulation Announced by Counsel for Defendants on the Record on 11/9/22 | Relevance to Nominee Issues |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 57 | 5/5/12 | Supplemental P 140 | F010770 | 5/5/2012 e-mail from B. Decossas to Greg Faia, Subject: ICQ | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Not sufficiently identified to determine whether produced to Optionee Defendants Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues |
| 58 | 5/7/12 | Supplemental P 146 | DNC1326560 | 5/7/2012 e-mail from S. Solares to B. Decossas, Subject: To Do | | | Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues |
| 59 | 5/8/12 | VS 13 | FAIA-161934 through FAIA-161940 | Email - G. Faia to G. Grob. | | | H  ; ML |
| 60 | 5/8/12 | VS 14 | FAIA-161941 through FAIA-161944 | Email D. Vinterella to G. Faia. | | | C; Best Evidence = BE; H |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 61 | 5/10/12 | P 26 | 2004Solares-1226949 - 1226995 | May 10, 2012 Email from Sigmund Solares to Sigmund Solares Subject: butch skype Conversations | 11/8/22 | Admitted (Pgs. 1 [2004Solares-1226949] and 27 [2004Solares-1226974] only) 11/8/22 | Relevance to Nominee Issues  Prejudice outweighs probative value |
| 62 | 5/13/12 | VS 15 | FAIA-161988 through FAIA-162052 | Email G. Grob to C. Hiller. | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Stipulated |
| 63 | 5/13/12 | VS 16 | FAIA-162118 through FAIA-162182 | Email G. Faia to S. Solares and M. Gardner. | | | ML Withdrawn |
| 64 | 5/13/12 | VS 17 | Decossas-000461-(7.26.2019) through Decossas-000486-(7.26.2019) | Non-Representation Letter – V. Decossas | | Admitted 11/9/22 | R |
| 65 | 5/13/12 | VS 71 | Decossas – 000473 (07.26.2019) | Non-Representation Letter to V. Cahill | | Admitted 11/9/22 | R |
| 66 | 5/13/12 | P 19 | Decossas-000479-(7.26.2019) – 000480-(7.26.2019) | Vivian Solares Non-Representation Letter | | Admitted 11/9/22 | Stipulated |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 67 | 5/14/12 | Supplemental P 143 | DNC1327279 – DNC1327280 | 5/14/2012 e-mail from S. Solares to B. Decossas, Subject: Solares Gardner Transfer 2012 | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues |
| 68 | 5/16/12 | VS 18 | DNC1329270 through DNC1329344 also GAR-0057255 through GAR-0057328 | Email – S. Solares to V. Decossas. | 11/8/22 | Admitted 11/8/22 | Withdrawn subject to confirmation that all attachments are there |
| 69 | 5/16/12 | P 17 | Decossas-000262-(7.25.2019) – 000264-(7.25.2019) | May 2012 Escrow Agreement | 11/8/22 | Admitted 11/8/22 | Relevance to Nominee Issues |
| 70 | 5/16/12 | Supplemental P 136 | | Mutual Release of Options to Purchase Stock in Closely Held Companies dated May 16, 2012 between Donald Simonton Jr., Gregory G. Faia, Vernon H. Decossas, Voodoo.com, Inc., Vodun Technologies, Inc., DOM Holdings, Inc., and DNC Holdings, Inc. | | | Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 71 | 5/19/12 | VS 19 | DNC-1327235 | Email – V. Decossas to S. Solares. | | | H |
| 72 | 5/19/12 | Supplemental P 151 | 2004Solares-0663974 | 5/19/2012 e-mail from S. Solares to V. Cahill, Subject: Saturday | | | Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues |
| 73 | 5/21/12 | VS 20 | FAIA-162205 | Email – C. Hiller to G. Faia. | | | H |
| 74 | 5/21/12 | VS 21 | SOL-0030605 through SOL-0030606 | Email – S. Solares to D. Simonton. | 11/8/22 | Admitted 11/8/22 | H |
| 75 | 5/21/12 | P 28 | 2004Solares-0538513 - 0538514 | May 21, 2012 Email from Sigmund Solares to Donald Simonton Subject: Fwd: Follow Up Steps After Voodoo Sale Notes for Butch (with Attachment "Follow up Steps After Voodoo Sale Notes for Butch") | | | Relevance to Nominee Issues |

17

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 76 | 5/22/12 | P 29 | SOL-0046177 - 0046178 | May 22, 2012 Email from Sigmund Solares to Sigmund Solares, Subject: Greg chat logs on docs from cayman, etc. | | Admitted Pursuant to Stipulation Announced by Counsel for Defendants on the Record on 11/9/22 | Relevance to Nominee Issues |
| 77 | 5/22/12 | VS 22, P 30 | DNC1329152 through DNC1329153 | Email – V. Decossas to S. Solares. | 11/8/22 | Admitted 11/8/22 | Stipulated |
| 78 | 5/22/12 | VS 72 | DNC 1329152 through | Email – V. Decossas to S. Solares with attachment | | | Description of document is incomplete |
| 79 | 5/23/12 | Supplemental P 132 | Decossas-000246-(7.25.2019)-Decossas-000251-(7.25.2019) | Executed Option and Right of First Refusal to Purchase Stock of Voodoo.com, Inc., in favor of Sigmund Solares or Vivian Solares Signed by Sigmund Solares | 11/8/22 | Admitted 11/8/22 | Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 80 | 5/6/13 | P 37 | SOL-0031077 - 0031095 | May 6, 2013 Email From David Vinterella to Sigmund Solares Subject: Enhancesoft Docs (wAttachment consisting of enhancesoft option, enhancesoft bill of sale, and enhancesoft stock purchase agreement) | | | Relevance to Nominee Issues |
| 81 | 6/27/13 | VS 23, Supplemental P 131 | SE-000251 | Email – V. Decossas to S. Gardner. | 11/8/22 | Admitted 11/8/22 | Stipulated |
| 82 | 7/10/13 | P 50 | 2DNC-00001806-00001807 (produced natively) | July 10, 2013 Email from Vernon Decossas to Sandra Gardner (wAttachment consisting of Michael Gardner's personal financial statement as of June 30, 2013) | 11/8/22 | Admitted 11/8/22 | Relevance to Nominee Issues |
| 83 | 2/10/14 | P 52 | Faia-0051376 | Letter/Receipt to Vivian Solares Cahill from Gina Grob for Documents Held in Fire Safe dated Feb. 10, 2014 | 11/7/22 | Admitted 11/7/22 | Relevance to Nominee Issues |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 84 | 2/11/14 | P 51 | SOL-0063007 | Feb. 11. 2014 Email from Gregory Faia to Sigmund Solares and Gina Grob; Subject: Re: Corporate documents for Zedong and Marisha companies | 11/7/22 | Admitted 11/7/22 (conditional on direct examination of Sigmund Solares) Then Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues |
| 85 | 2/12/14 | P 4 | FAIA-174166-174167 | Feb. 12, 2014 Subject: RE:open issues | 11/7/22 | Admitted 11/7/22 | Relevance to Nominee Issues |
| 86 | 4/16/14 | VS 24 | DNC1397798 | Email – V. Decossas to S. Gardner. | | | C; R ; H |
| 87 | 4/18/14 | VS 25 | SS-0057371 to SS-0057372 | Information certificate from Louisiana Secretary of State with respect to Ad Source Financial, LLC. | | | H; R |

| 88 | 6/22/14 | Supplemental P 154 | DNC1340508 | 6/22/2014 e-mail from B. Decossas to M. Gardner, Subject: Business Update | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues |
| 89 | 5/3/15 | VS 26 | DNC1430893 through DNC1430895 | Email Chain – V. Decossas and G. Faia. | 11/8/22 | Admitted 11/8/22 | R; C; ML |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 90 | 2/27/16 | P 68 | Instrument # 2017366950 recorded in Hillsborough County, FL | Quitclaim Deed for 3618 W. Horatio Street, Tampa, FL 33609 from Vivian S. Solares to Sigmund Solares dated Feb. 27, 2016 | | Admitted Pursuant to Stipulation Announced by Counsel for Defendants on the Record on 11/9/22 | Relevance to Nominee Issues |
| 91 | 3/30/16 | VS 27 | DNC1338623 through DNC1338918 | Email Chain – V. Decossas to G. Faia. | | | H; R |
| 92 | 7/11/16 | P 22 | SOL-0013210 | July 11, 2016 Email from Vernon Decossas to Sigmund Solares Subject: Re: option Agreements | | | Relevance to Nominee Issues |
| 93 | 8/5/16 | VS 28 | FAIA-183246 through FAIA-183257 | Email Chain – G. Faia and G. Grob. | | | Stipulated |
| 94 | 8/15/16 | VS 29 | FAIA-183279 | Email – G. Faia email to S. Solares, G. Grob and V. Decossas. | | Admitted 11/9/22 | Stipulated |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 95 | 8/17/16 | Supplemental P 137 | | Email Dates Aug 17, 2016 from Greg Faia to Sigmund Solares, David Vinterella, Vernon Decossas, Michael Gardner and Gina Grob; Subject: Communication issues. | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Not sufficiently identified to determine whether produced to Optionee Defendants Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues |
| 96 | 8/17/16 | Supplemental P 148 | DNC1339031 | 8/17/2016 e-mail from M. Gardner to B. Decossas et al, Subject: Response | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues |
| 97 | 8/23/16 | P 31 | SOL-0031803-0031808 | Aug. 23, 2016 Email from Sigmund Solares to Sigmund Solares, Subject: Notes from my call with David Vinterella: Aug 23, 2016 (wAttachment consisting of Sigmund Solares's notes from conversation with David Vinterella regarding transaction documents) | | Admitted Pursuant to Stipulation Announced by Counsel for Defendants on the Record on 11/9/22 | Relevance to Nominee Issues |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 98 | 10/28/16 | VS 30 | DNC1850602 through DNC1850703 | V. Decossas and M. Gardner Skype instant messages. | | | Withdrawn Subject to Further Review of designated portions |
| 99 | 11/16/16 | P 49 | 2DNC-00001689-00001692 (produced natively) | Nov. 16, 2016 Email from Sandra Gardner to Michael Gardner, Subject: Re: estate planning 2016 (wAttachments consisting of Michael Gardner Balance Sheets for 2014, 2015, 2016) | 11/8/22 | Admitted 11/8/22 | Relevance to Nominee Issues |
| 100 | 2/21/17 | P 72 | Doc No. 25-1 in Case No. 8:20-ap-00352-CPM in the United States Bankruptcy Court for the Middle District of Florida | Sigmund Solares's First Petition for Damages and Declaratory Judgment filed on Feb. 21, 2017 in the Civil District Court for the Parish of Orleans | 11/8/22 | Admitted 11/8/22 | Relevance to Nominee Issues |
| 101 | 2/23/17 | P 32 | SS-0000837 | Feb. 23, 2017 Email from Vivian Solares Cahill to Sigmund Solares, Subject: Re: Filed lawsuit, against Greg, Butch and Michael | 11/7/22 | Admitted 11/7/22 | Relevance to Nominee Issues |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 102 | 4/20/17 through 5/30/18 | VS 31 | GAR-0062381 through GAR-0062541 | M. Gardner to V. Decossas Skype instant messages. | | | H; C  ; R; E |
| 103 | 5/5/17 | P 77 | MG-0000167 - 0000168 | Skype Conversation Excerpt Between Michael Gardner and Vernon Decossas from May 5, 2017 | 11/8/22 | Admitted 11/8/22 | Completeness |
| 104 | 5/31/17 | P 76 | MG-0000159 | Skype Conversation Excerpt Between Michael Gardner and Vernon Decossas from May 31, 2017 | | | Completeness objection subject to withdrawal upon review of designation |
| 105 | 6/15/17 | P 73 | Case No. 2017-01683 in the Civil District Court for the Parish of Orleans | Sigmund Solares's First Supplemental and Amending Petition for Damages and Declaratory Judgment filed on June 15, 2017 in the Civil District Court for the Parish of Orleans | 11/8/22 | Admitted 11/8/22 | Relevance to Nominee Issues |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 106 | 9/9/18 | P 48 | 2DNC-00001639-00001640(produced natively) | Sept 19, 2018 Email from Sandra Gardner to Michael Gardner, Subject: Monthly Report MHG 8/30/18 (wAttachments consisting of Aug 31, 2018 Balance Sheet of Michael Gardner) | 11/8/22 | Admitted 11/8/22 | Relevance to Nominee Issues |
| 107 | 12/14/18 | P 45 | MG-0009481 | Instant Message Dated Dec. 14, 2018 | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues |
| 108 | 5/14/19 | P 75 | Served in Case No. 785-916, Sigmund Solares v. Faia et al in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana | Sigmund Solares's Answers and Interrogatories and Responses to Request for Production Documents from Gardner | | | Relevance to Nominee Issues |
| 109 | 7/25/19 | VS 32 | Decossas-000001-(7.25.2019) through Decossas-000520-(7.25.2019) | Transaction documents. | | | H; C; F; R; E, D = Duplicative Objections subject to withdrawal upon review of designation |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 110 | 8/1/19 | VS 33 | SS-0057318 to SS-0057369 | Joint Motion to Limit Discovery -- filed by attorneys for Greg Faia, Vernon Decossas and Michael Gardner. Filed in the 24th Judicial District of Louisiana. Case NO: 785-016 Division "J". | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | H, R Objection subject to withdrawal upon review of designtion |
| 111 | 8/1/19 | Supplemental P 155 | SS-0057325 - 0057344 | Memorandum in Support of Defendants Motion to Limit Discovery and Request for Expedited Consideration | | | Completeness for failing to include SS-0057318–SS-0057324 If SS-0057318–SS-0057324 included, Stipulated as the same as Optionee Defendants' Exhibit 33 (Doc. No. 277) |
| 112 | 8/14/19 | VS 34 | FAIA-191114 | Email – M. Gardner to G. Faia and V. Decossas | | | H |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 113 | 8/28/19 | P 33, Supplemental P 135 | Served in Connection with Case No. 785-016, Sigmund Solares v. Faia et al in the 24th Judicial District for the Parish of Jefferson, State of Louisiana | Sigmund Solares's Answers to Defendants' Second Set of Interrogatories | 11/7/22 | Admitted 11/7/22 | Not supplemental because known prior to October 5, 2022 Relevance to Nominee Issues |
| 114 | 12/3/19 | P 82 | Doc. No. 29 in Case No. 8:19-bk-08638-CPM in the United States Bankruptcy Court for the Middle District of Florida | Transcript of December 3, 2019 Hearing | 11/8/22 | Admitted (exhibit pgs. 1, 2,3,  47-48)  11/8/22 | Relevance to Nominee Issues |
| 115 | 1/13/20 | VS 35 | MG-0009356 through MG-0009366 | Email – V. Decossas to S. Palowsky | | | withdrawn based on the document actually filed, the referred to bates labels are duplicated |
| 116 | 1/21/20 | P 83 | Doc. No. 66 in Case No. 8:19-bk-08638-CPM in the United States Bankruptcy Court for the Middle District of Florida | Transcript of January 21, 2020 Hearing | | | Relevance to Nominee Issues |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 117 | 2/12/20 | P 84 | Doc. No. 80 in Case No. 8:19-bk-08638-CPM in the United States Bankruptcy Court for the Middle District of Florida | Transcript of Feb 12, 2020 Hearing | 11/8/22 | Admitted 11/8/22 | Relevance to Nominee Issues |
| 118 | 3/12/20 | VS 36 | SS-0018043 | Recording – M. Gardner, G. Faia and V. Decossas. | 11/8/22 | Admitted 11/8/22 | H  ; R; I |
| 119 | 4/30/20 | P 74 | Doc. 5-1 in Case no. 8:20-ap-00352-CPM in the United States Bankruptcy Court for the Middle District of Florida | Sigmund Solares's Second Supplemental and Amending Petition for Damages filed in the 24th Judicial District Court for the Parish of Jefferson | 11/8/22 | Admitted 11/8/22 | Relevance to Nominee Issues |
| 120 | 4/30/20 | P 38 | Doc. No. 5-2 in Case No. 8:20-ap-00352-CPM in the United States Bankruptcy Court for the Middle District of Florida | Michael Gardner Exceptions, Answer, Affirmative Defenses, Cross-Claim, and Reconventional Demand in Response to Second Supplemental and Amending Petition for Damages | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 121 | 6/3/20 | P 55 | Doc. No. 4-7 in Case No. 8:20-ap-00331-CPM in the United States Bankruptcy Court for the Middle District of Florida | Declaration of Mark Parisi filed on June 3, 2020 | | | Relevance to Nominee Issues |
| 122 | 6/19/20 | VS 44 | Case 8:20-ap-00331-CPM DOC 26-1 | Vernon Decossas Declaration. | | | R |
| 123 | 6/19/20 | VS 45 | Case 8:20-ap-00331-CPM DOC 26-2. | Greg Faia Declaration. | | | Stipulated |
| 124 | 6/26/20 | VS 46 | | Notice of intent to serve Subpoena for Rule 2004 examination of Vivian Cahill emailed by Luigi E. Orengo Jr., Esq., of Carlton Fields. | | | ML; C |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 125 | 6/29/20 | P 40 | Doc. No. 35 in Case No. 8:20-ap-00331-CPM in the United States Bankruptcy Court for the Middle District of Florida | Amended Adversary Complaint for Substantive Consolidation, Accounting, Injunctive Relief, Objection to Claims or for Equitable Subordination of Claims, to Determine Property of the Estate, For Turnover and to Avoid Certain Transfers | 11/7/22 | Admitted 11/7/22 | Relevance to Nominee Issues |
| 126 | 6/29/20 | P 81 | Doc. No. 38 in Case No. 8:20 – ap-00331-CPM in the United States Bankruptcy Court for the Middle District of Florida | Certificate of Service for the Trustee's Amended Adversary Complaint for Substantive Consolidation, Accounting, Injunctive Relief, Objection to Claims or For Equitable Subordination of Claims, to Determine Property of the Estate. For Turnover, and to Avoid Certain Transfers | 11/7/22 | Admitted 11/7/22 | Relevance to Nominee Issues |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 127 | 6/30/20 | P 5 | VCP-000030-VCP-0000031-13 | June 30, 2020 Email with attachment from Sigmund Solares to Vivian Solares | 11/7/22 | Admitted 11/7/22 | Stipulated |
| 128 | 6/30/20 | P 6 | VCP-0000047 | June 30, 2020 Email chain between Sigmund Solares and Vivian Solares Subject: Re: Another Update on Rachel | 11/7/22 | Admitted 11/7/22 | Stipulated |
| 129 | 7/4/20 | P 44 | SS-0018360 | Instant Message Dated July 4, 2020 | | | Relevance to Nominee Issues |
| 130 | 7/20/20 | VS 47 | Case 8:20-ap-00331-CPM Doc 69. | Motion To Dismiss Plaintiff Amended Complaint. | | | ML; C (Appears wrong DE may be referenced) |
| 131 | 07/21/20 – 08/10/20 | VS 73 | MG-0009367 to MG-0009378 | Email chain and notes – G. Grob, J. Bezou, and M. Gardner | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | II ; R; C; ML; Improperly Identified |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 132 | 7/22/20 | P 39 | Doc. No. 59 in Case No. 8:20-ap-00331-CPM in the United States Bankruptcy Court for the Middle District of Florida | Michael Gardner's Response to Defendants' Supplemental Opposition to Expedited Amended Motion for Preliminary Injunction and Objection to Motion for Continuance of Preliminary Hearing on Defendants' Motion to Dismiss | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues |
| 133 | 7/25/20 | P 59 | n/a | Interview Notes from Interview of David Vinterella Prepared by Emily Beasley | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues<br><br>Prejudice outweighs probative value |
| 134 | 7/25/20 | P 60 | n/a | Formatted Notes from Interview of David Vinterella Prepared by Emily Beasley | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues<br><br>Prejudice outweighs probative value |

| 135 | 9/3/20 | P 64 | Doc. No. 459 in Case No. 8:19-bk-08638-CPM in the United States Bankruptcy Court for the Middle District of Florida | Motion to Convert Case to Chapter 11 filed by Sigmund Solares on September 23, 2020 | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 136 | 9/25/20 | VS 50 | | FD Parties' Pre-Mediation Interrogatories to M. Gardner | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Pending confirmation that the uploaded document includes the answers to the interrogatories, likely withdrawn |
| 137 | 9/25/20 | VS 51 | | FD Parties' Pre-Mediation Interrogatories to S. Solares | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Pending confirmation that the uploaded document includes the answers to the interrogatories, likely withdrawn |
| 138 | 10/1/20 | P 34 | SS-0018991 - 0018995 | Instant Messages dated Oct. 01, 2020 | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues |
| 139 | 10/13/20 | P 47 | Doc. 486-43 in Case No. 8:19-bk-08638-CPM in the United States Bankruptcy Court for the Middle District of Florida | Email Dated Oct. 21, 2018 from Michael Gardner, Subject Re: Monday's hearing | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues |
| 140 | 10/13/20 | P 54 | MG-0006430 | Kevin Riggs Affidavit | 11/8/22 | Admitted 11/8/22 | Stipulated |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 141 | 10/13/20 | P 80 | Doc. No. 486 in Case No. 8:19-bk-08638-CPM in the United States Bankruptcy Court for the Middle District of Florida | Affidavit of Michael Gardner dated October 13, 2020 | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues |
| 142 | 10/14/20 | P 65 | Doc. No. 489 in Case No. 8:19-bk-08638-CPM in the United States Bankruptcy Court for the Middle District of Florida | Notice of Filing in Support of Motion to Convert to Chapter 11 filed by Sigmund Solares and Michael Gardner | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues |
| 143 | 1/25/21 | VS 52 | Case 8:19-bk-08638-CPM (Doc 561) | Joint Motion for Leave to File Document Under Seal and Request for In Camera Review of Documents. | 11/7/22 | Admitted 11/7/22 | Stipulated |
| 144 | 1/25/21 | P 21 | Doc. No. 561 in Case No. 8:19-bk-08638-CPM in the United States Bankruptcy Court for the Middle District of Florida | Joint Motion to Seal | | | Stipulated |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 145 | 1/28/21 | P 57 | Doc. No. 736 in Case No. 8:19-bk-08638-CPM in the United States Bankruptcy Court for the Middle District of Florida | Transcript of Jan. 28, 2021 Hearing | 11/7/22 | Admitted With attribution of statement contained pg. 16:23-17-1 corrected to Mr. Underwood 11/7/22 | Relevance to Nominee Issues |
| 146 | 2/11/21 | P 56 | Doc. No. 573 in Case No. 8:19-bk-08638-CPM in the United States Bankruptcy Court for the Middle District of Florida | Motion to Approve Compromise | 11/7/22 | Admitted 11/7/22 | Relevance to Nominee Issues |
| 147 | 3/26/21 | P 35 | SS-0001244 - 0001250 | March 26, 2021 Board Minutes | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues |

| 148 | 4/27/21 | P 20 | SS-0055474 | April 27, 2021 Message Between Noah Lieske, Sigmund Solares and Michael Gardner | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues |
| 149 | 5/12/21 | VS 53 | SS-0057429 to SS-0057460 | Transcript of meeting of board of The Producers, Inc. | | | H ; ML; C; R; Date of Transcript compared to Date of Event does not comport |

35

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 150 | 6/8/21 | VS 54 | SS-0057461 to SS-0057495 | Transcript of meeting of board of The Producers, Inc. | | | H ; ML; C; R; Date of Transcript compared to Date of Event does not comport |
| 151 | 7/9/21 | P 78 | SS-0020273 | Message dated July 9, 2021 from Michael Gardner to Noah Lieske and Sigmund Solares | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues |
| 152 | 7/20/21 | P 2 | MERCER-0000003-0000004 | Guardian Law Retainer Agreement | 11/7/22 | Admitted 11/7/22 | Relevance to Nominee Issues |
| 153 | 7/28/21 | P 3 | SILVEY LAW 000003 – 00004 | William Silvey Engagement Agreement | 11/7/22 | Admitted 11/7/22 | Relevance to Nominee Issues |
| 154 | 8/3/21 | VS 55 | SS-0057496 to SS-0057516 | Transcript of meeting of board of The Producers, Inc. | | | H ; ML; C; R; Date of Transcript compared to Date of Event does not comport |
| 155 | 8/13/21 | VS 56 | (Doc. 668) | Motion to Enforce Settlement | | | Stipulated |

| 156 | 8/24/21 | P 36 | MG-0008287 | Instant Message dated Aug. 24, 2021 | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues |
|---|---|---|---|---|---|---|---|

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 157 | 10/8/21 | P 1 | Doc. No. 725 in Case No. 8:19-bk-08638-CPM in the United States Bankruptcy Court for the Middle District of Florida | Limited Appearance and Response to Order Directing Delivery of Stock Options | 11/7/22 | Admitted 11/7/22 | Stipulated |
| 158 | 10/8/21 | P 46 | Doc. No. 726 in Case No. 8:19-bk-08638-CPM in the United States Bankruptcy Court for the Middle District of Florida | Limited Appearance and Response to Order Directing Delivery of Stock Options (Sandra Gardner) | | Admitted 11/9/22 | Stipulated |
| 159 | 3/8/22 | P 58 | Doc. No. 2 in Case No. 2:22-cv-00543-SSV-DPC in the United States District Court for the Eastern District of Louisiana | Verified Complaint filed by Vivian Solares Cahill and the Estate of Sandra Gardner | 11/7/22 | Admitted 11/7/22 | Relevance to Nominee Issues |
| 160 | 3/23/22 | VS 59 | Case 8:21-ap-00333-CPM (Doc 115-11) | Declaration of V. Decossas. | | | Stipulated |
| 161 | 3/23/22 | VS 60 | Case 8:21-ap-00333-CPM (Doc 115-12) | Declaration of G. Faia. | | Admitted 11/9/22 | Stipulated |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 162 | 6/02/22 | P 15 | Doc. No. 148 in Case No 8:21-ap-00333-CPM in the United States Bankruptcy Court for the Middle District of Florida | Notice of Filing Interlineated Amended Complaint and More Definite Statement of Fraud Perpetrated by Sigmund Solares and Michael Gardner | | | Relevance to Nominee Issues |
| 163 | 6/29/22 | P 16 | Doc. No. 173 in Case No. 8:21-ap-00333-CPM in the United States Bankruptcy Court for the Middle District of Florida | Answer and Affirmative Defenses of Defendants Vivian Solares Cahill and Michael H. Gardner as Personal Representative of the Estate of Sandra Forman Gardner, To amended Complaint and More Definite Statement | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues |
| 164 | 6/29/22 | P 126 | Doc. No. 17 in Case No. 2:22-cv-00543-SM-DPC in the United States District Court for the Eastern District of Louisiana | Amended Complaint filed by Vivian Solares Cahill, and Michael Gardner as personal representative, in the United States District Court for the Eastern District of Louisiana | 11/8/22 | Admitted 11/8/22 | Relevance to Nominee Issues |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 165 | 10/3/22 | VS 63 | | Waiver of attorney client privilege by Sigmund Solares, Michael Gardner and certain of their companies and former companies to David Vinterella. | | | H  ; R; D |
| 166 | 10/18/22 | Supplemental P 162 | | Privilege Log of J. Carter Anderson, Esq., served on October 18, 2022 | | | Relevance to Nominee Issues<br><br>Prejudice outweighs probative value |
| 167 | 10/21/22 | Supplemental P 134 | Doc. No. 872 in Case No 8:19-bk-08638 in the United States Bankruptcy Court for the Middle District of Florida | Post Confirmation Operating Report filed on Oct. 21, 2022 | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues |
| 168 | 2011 through 2020 | VS 3 | | Various video and audio recordings with designation to follow upon transcription pursuant to Court Order. | | | Unavailable/inadequately described to identify/all objections preserved |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 169 | Various | VS 39 | None provided by DNC Holdings, Inc. | Word documents of 42 board resolutions and 1 template produced by DNC Holdings, Inc., on or right before August 27, 2020. No bates numbers provided by DNC Holdings, Inc. with the production. | | | EXHIBIT WITHDRAWN<br><br>H; E; F; R; D; C; ML; Inadequately Described to Identify the Exhibit |
| 170 | Various | VS 40 | DNC501570 through DNC501665 | Board Resolutions. | | | R |
| 171 | | VS 61 | | Waiver of attorney client privilege by Vivian Cahill to David Vinterella. | | | H  ; R; D |
| 172 | | VS 62 | | Waiver of attorney client privilege by the Estate of Sandra Gardner to David Vinterella. | | | H  ; R; D |
| 173 | | VS 64 | FAIA- 072224 through FAIA- 072229 | Option to Sandra Gardner | | | D; E; C |
| 174 | | VS 65 | FAIA- 072231 through FAIA- 072236 | Option to Vivian Cahill | | | D; E; C |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 175 | | VS 66 | | Option to Transfer and Right of First Refusal | | | D; E; C  ; ML |
| 176 | | VS 68 | FAIA – 138928 through FAIA - 138933 | Option and Right of First Refusal to Purchase Stock | | | F; ML; C; BE |
| 177 | | P 7 | 2004Solares-0071241-0072143 | Gregory Faia Power of Attorney for Domain Apps in favor of Sigmund Solares and Michael Gardner (redacted) | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues |
| 178 | | P 8 | 2004Solares0071247-0071249 | Vernon Decossas Power of Attorney for Domain Apps in favor of Sigmund Solares and Michael Gardner (redacted) | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues |
| 179 | | P 9 | 2004Solares-0071250 | Vernon Decossas Irrevocable Stock Power for Domain Apps in favor of Michael Gardner or designee | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 180 | | P 10 | 2004Solares-0071266 | Gregory Faia Domain Apps Irrevocable Stock Power for Domain Apps in favor of Michael Gardner or designee | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | Relevance to Nominee Issues |
| 181 | | P 11 | 2004Solares-0878879 | Gregory Faia DNC Irrevocable Stock Power in favor of Michael Gardner and Sigmund Solares | 11/8/22 | Admitted 11/8/22 | Relevance to Nominee Issues |
| 182 | | P 14 | 2004Solares-0878934 | Vernon Decossas DNC Irrevocable Stock Power in favor of Sigmund Solares and Vernon Decossas | 11/8/22 | Admitted 11/8/22 | Relevance to Nominee Issues |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 183 | | P 86 | 2004Solares-1715549 | Audio/Visual Recording Produced by Sigmund Solares[5] | | | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |

---

[5] As discovery remains ongoing, Plaintiffs' expressly reserve the right to use only portions of all recordings which have been marked with an "*".

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 184 | | P 87 | 2004Solares-171550 | Audio/Visual Recording Produced by Sigmund Solares* | 11/8/22 | Plaintiffs designation Admitted 11/8/22 | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |
| 185 | | P 88 | 2004Solares-1715578 | Audio/Visual Recording Produced by Sigmund Solares* | | | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 186 | | P 89 | 2004Solares-1715584 | Audio/Visual Recording Produced by Sigmund Solares* | | Plaintiffs designation Admitted 11/9/22 | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |
| 187 | | P 90 | 2004Solares-1715590 | Audio/Visual Recording Produced by Sigmund Solares* | | | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 188 | | P 91 | 2004Solares-1715592 | Audio/Visual Recording Produced by Sigmund Solares* | | Plaintiffs designation Admitted 11/9/22 | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |
| 189 | | P 92 | 2004Solares-1715599 | Audio/Visual Recording Produced by Sigmund Solares* | | Plaintiffs designation Admitted 11/9/22 | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 190 | | P 93 | 2004Solares-1715600 | Audio/Visual Recording Produced by Sigmund Solares* | | | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |
| 191 | | P 94 | 2004Solares-1715602 | Audio/Visual Recording Produced by Sigmund Solares* | | Plaintiffs designation Admitted 11/9/22 | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 192 | | P 95 | 2004Solares-1715627 | Audio/Visual Recording Produced by Sigmund Solares* | | | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |
| 193 | | P 96 | 2004Solare-1715641 | Audio/Visual Recording Produced by Sigmund Solares* | | Plaintiffs Designation Admitted 11/9/22 | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 194 | | P 97 | 2004Solares-1715644 | Audio/Visual Recording Produced by Sigmund Solares* | 11/8/22 | Plaintiffs Designations Admitted 11/8/22 | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |
| 195 | | P 98 | 2004Solares-1715645 | Audio/Visual Recording Produced by Sigmund Solares* | 11/8/22 | Plaintiffs Designations Admitted 11/8/22 | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 196 | | P 99 | 2004Solares-1715657 | Audio/Visual Recording Produced by Sigmund Solares* | | | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |
| 197 | | P 100 | 2004Solares-1715661 | Audio/Visual Recording Produced by Sigmund Solares* | | | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |

50

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 198 | | P 101 | 2004Solares-1715667 | Audio/Visual Recording Produced by Sigmund Solares* | | | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |
| 199 | | P 102 | 2004Solares-1715669 | Audio/Visual Recording Produced by Sigmund Solares* | | | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 200 | | P 103 | 2004Solares-1715669 | Audio/Visual Recording Produced by Sigmund Solares* | | | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |
| 201 | | P 104 | 2004Solares-1715670 | Audio/Visual Recording Produced by Sigmund Solares* | 11/8/22 | Plaintiffs Designations Admitted 11/8/22 | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 202 | | P 105 | 2004Solares-1715673 | Audio/Visual Recording Produced by Sigmund Solares* | | | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |
| 203 | | P 106 | 2004Solares-1715677 | Audio/Visual Recording Produced by Sigmund Solares* | | | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 204 | | P 107 | 2004Solares-1715678 | Audio/Visual Recording Produced by Sigmund Solares* | | | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |
| 205 | | P 108 | 2004Solares-1715683 | Audio/Visual Recording Produced by Sigmund Solares* | 11/8/22 | Plaintiffs Designations Admitted 11/8/22 | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 206 | | P 109 | 2004Solares-1715684 | Audio/Visual Recording Produced by Sigmund Solares* | | | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |
| 207 | | P 110 | 2004Solares-1715685 | Audio/Visual Recording Produced by Sigmund Solares* | | | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 208 | | P 111 | 2004Solares-1715686 | Audio/Visual Recording Produced by Sigmund Solares* | | | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |
| 209 | | P 112 | 2004Solares-1715687 | Audio/Visual Recording Produced by Sigmund Solares* | 11/8/22 | Plaintiffs Designations Admitted 11/8/22 | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 210 | | P 113 | 2004Solares-1715688 | Audio/Visual Recording Produced by Sigmund Solares* | 11/8/22 | Plaintiffs Designations Admitted 11/8/22 | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |
| 211 | | P 114 | 2004Solares-1715689 | Audio/Visual Recording Produced by Sigmund Solares* | | | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 212 | | P 115 | 2004Solares-1715698 | Audio/Visual Recording Produced by Sigmund Solares* | | Plaintiffs Designations Admitted 11/9/22 | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |
| 213 | | P 116 | 2004Solares-1715716 | Audio/Visual Recording Produced by Sigmund Solares* | | Plaintiffs Designations Admitted 11/9/22 | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 214 | | P 117 | 2004Solares-1715717 | Audio/Visual Recording Produced by Sigmund Solares* | | | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |
| 215 | | P 118 | 2004Solares-1715718 | Audio/Visual Recording Produced by Sigmund Solares* | | | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 216 | | P 119 | 2004Solares-1715722 | Audio/Visual Recording Produced by Sigmund Solares* | 11/8/22 | Plaintiffs Designations Admitted 11/8/22 | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |
| 217 | | P 120 | 2004Solares-1715724 | Audio/Visual Recording Produced by Sigmund Solares* | 11/8/22 | Plaintiffs Designations Admitted 11/8/22 | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 218 | | P 121 | 2004Solares-1715725 | Audio/Visual Recording Produced by Sigmund Solares* | 11/8/22 | Plaintiffs Designations Admitted 11/8/22 | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |
| 219 | | P 122 | SS-0018041 | Audio/Visual Recording Produced by Sigmund Solares* | | Plaintiffs Designations Admitted 11/9/22 | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 220 | | P 123 | SS-00180839 | Audio/Visual Recording Produced by Sigmund Solares* | | Plaintiffs Designations Admitted 11/9/22 | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |
| 221 | | P 124 | SS-0018036 | Audio/Visual Recording Produced by Sigmund Solares* | | | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 222 | | P 125 | SS-018040 | Audio/Visual Recording Produced by Sigmund Solares* | | Plaintiffs Designations Admitted 11/9/22 | Interim Objection as Optionee Defendants do not yet have copies of the audio/visual recordings identified in Plaintiffs' Exhibits 86–125 pursuant to the *Amended Agreed Order Granting, In Part, The Motion to Permit Transcription* (Doc. No. 273), nor have Optionee Defendants received the transcripts of such audio/visual recordings |
| 223 | | Supplemental P 133 | | Set of Three Pictures of the Cabinet Where the Key to the "Fire Safe" is Kept and Showing "Fire Safe" | | | Not produced to Optionee Defendants Not Supplemental because known prior to October 5, 2022 |
| 224 | 8/14/21 | n/a | VCP-0004399 – 0004400 | Aug. 14, 2021 Email from Sigmund Solares to Vivian Cahill Subject: Re Retainer Agreement W. Glenn Burns | | Admitted Pursuant to Stipulation from Opposing Counsel on the Record on 11/9/22 | |

| | 11/6/22 | | n/a | Nov. 6, 2022 Declaration of Robert Elgidely Regarding Testimony on Pg. 58-63 of the Transcript of Robert Elgidely's October 11, 2022 | | | |
|---|---|---|---|---|---|---|---|
| 225 | | n/a | | | 11/7/22 | Admitted 11/7/22 | |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 226 | 11/8/22 | n/a | n/a | Plaintiffs' Demonstrative – Timeline of Transactions | 11/8/22 | Admitted 11/8/22 | |
| 227 | 1/18/23 | n/a | n/a | Transcript of October 11, 2022 Deposition of Emily Beasley | 1/18/23 | | |
| 228 | | | | | | | |
| 229 | | | | | | | |
| 230 | | | | | | | |
| 231 | | | | | | | |
| 232 | | | | | | | |
| 233 | | | | | | | |
| 234 | | | | | | | |

| Consolidated Exhibit # | Date | Original Exhibit #[3] | Bates or Other Identifier | Document Descriptions | Date Identified | Date Admitted | With or Without Objection[4] |
|---|---|---|---|---|---|---|---|
| 235 | | | | | | | |