ORDERED.

Dated:  June 01, 2023

*Catherine Peek McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| THE PRODUCERS, INC., | Case No. 8:19-bk-08638-CPM |
| Debtor. _____/ | |
| GREGORY FAIA; VERNON DECOSSAS, III; DNC HOLDINGS, INC; DOM HOLDINGS, INC.; and DOMAIN APPS, LLC<br>    Plaintiffs,<br>v. | Adv. Pro. No. 8:21-ap-00333-CPM |
| SIGMUND SOLARES; MICHAEL GARDNER; VIVIAN SOLARES CAHILL; MICHAEL GARDNER as personal representative for the estate of Sandra F. Gardner; LARRY S. HYMAN, as Chapter 7 Trustee of the bankruptcy estate of The Producers, Inc.; and THE PRODUCERS, INC.<br>    Defendants.<br>_____/ | |

## AGREED ORDER ON
## VIVIAN SOLARES CAHILL AND THE ESTATE OF SANDRA F. GARDNER'S

**UNOPPOSED MOTION FOR LEAVE FOR NOTATION OF ADMISSION OF EXHIBITS IN THE NOMINEE TRIAL ON UPDATED CONSOLIDATED EXHIBIT LIST (DOC. NO. 466)**

THIS CAUSE came before this Court for hearing on May 24, 2023 for consideration of Vivian Solares Cahill and the Estate of Sandra F. Gardner's Unopposed Motion for Leave to For Notation of Admission of Exhibits in the Nominee Trial on Updated Consolidated Exhibit List (Doc. No. 466) (the "Unopposed Motion").

Having reviewed the Unopposed Motion, based upon requests therein, and understanding Plaintiffs do not oppose the relief requested in the Unopposed Motion and granted by this Order, and otherwise being fully advised in the premises, it is

**ORDERED:**

1. The Unopposed Motion is GRANTED.

2. The following exhibits are deemed admitted via stipulation of the parties and will be added to Plaintiff's most recent Updated Consolidated Exhibit List [454] by Plaintiffs:

    Consolidated Exhibit 21

    Consolidated Exhibit 32

    Consolidated Exhibit 55

    Consolidated Exhibit 109

    Consolidated Exhibit 123

    Consolidated Exhibit 160

3. The following exhibits were already admitted into evidence during the Nominee Trial and will be added to Plaintiff's most recent Updated Consolidated Exhibit List [454] by Plaintiffs:

    Consolidated Exhibit 112

   Consolidated Exhibit 118a (filed at ECF #414)

   Consolidated Exhibit 124

   Consolidated Exhibit 228

Attorney W. Glenn Burns is directed to serve a copy of this Order on interested non-CM/ECF users and file a proof of service within three (3) days of entry of the Order.