# EXHIBIT C

| | |
|---|---|
| **From:** | Glenn Gallagher |
| **To:** | Kirk, Donald R. |
| **Cc:** | Orengo Jr., Luigi E.; Adam Gilbert; Lynn W. Sherman; Scott Underwood |
| **Subject:** | Re: Privilege log |
| **Date:** | Wednesday, May 17, 2023 11:21:25 PM |

Donald,

I am currently working on the review and any redactions, and the rolling production will begin possibly in blocks of 500 records. I suspect many of the "non-lawyer" items will be produced quickly with no redactions, but the process will not be immediate in nature as we believe we have privileged documents. As for Vivian/Sandra/TPI, I will review with Jeff Warren and Al Gomez to answer that particular question.. Agreed, production of items does not constitute a Subject Matter waiver. I will be in Indiana by mid next week for the race, and I will not be available. Thank you.

Glenn

On Tue, May 16, 2023 at 9:54 AM Kirk, Donald R. <DKirk@carltonfields.com> wrote:
>
> Glenn and Lynn,
>
>
>
> Following up on this email. Please let us by noon today if you will produce the records described in the attached letter in the time forth described therein. We discussed those categories in great detail during our near hour long meet and confer early last week.
>
>
>
> Please respond to each category specifically. Such as, are you producing the communications that are listed in the privilege log that do not specify any lawyer? That does not require redaction and can be produced today.
>
>
>
> We meticulously reviewed and even color coded the documents we sought. So the time for you to produce should be very quick.
>
>
>
> Thank you
>
>
>
> Donald
>
>
>
> Donald R. Kirk
> Attorney at Law | Carlton Fields
> 4221 W. Boy Scout Blvd., Ste. 1000 | Tampa, Florida 33607-5780
> Direct: 813.229.4334 | Fax: 813.229.4133
> DKirk@carltonfields.com

>
>
> From: Kirk, Donald R. <DKirk@carltonfields.com>
> Sent: Saturday, May 13, 2023 9:21 AM
> To: Glenn Gallagher <ggallagher422@gmail.com>
> Cc: Orengo Jr., Luigi E. <LOrengo@carltonfields.com>; Adam Gilbert <agilbert@underwoodmurray.com>; Lynn W. Sherman <LSherman@trenam.com>; Scott Underwood <sunderwood@underwoodmurray.com>
> Subject: Re: Privilege log
>
>
>
> When will you start producing the records with redactions?  What is the time frame and when will it complete?
>
>
>
> Are you producing the records where no lawyer is identified, without redaction?  Please let me know of that today - you did not address that specifically in your email.
>
>
>
> I am not aware of any docs in the revised log where Vivian, TPI or Sandra raised a privilege - are you?  If so, which ones?
>
>
>
> Production of a doc will not be a subject matter waiver re the entire subject matter - that is confirmed.
>
>
>
> Donald R. Kirk
> Attorney at Law | Carlton Fields
> 4221 W. Boy Scout Blvd., Ste. 1000 | Tampa, Florida 33607-5780
> Direct: 813.229.4334 | Fax: 813.229.4133
> DKirk@carltonfields.com
>
>
> On May 12, 2023, at 4:56 PM, Glenn Gallagher <ggallagher422@gmail.com> wrote:
>
>
>
> Donald,
>
> I am currently reviewing and redacting the requested information.  Largely, it appears that we will be able to conform to much of your request, however, as mentioned during our call, before we produce any documents, we will need to memorialize the understanding that the FD Parties will not assert that production is a subject matter waiver.  Furthermore, any documents or communications with privileges asserted by TPI, Vivian Cahill or Sandra Gardner and/or their respective attorneys will not be produced.  As there are approximately 28,000 documents to review, the process will be done on a rolling basis as I complete sections of the task.  I appreciate your time and consideration.
>
>
>
> Glenn
>
>