# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
### www.flmb.uscourt.gov

| | |
|---|---|
| In re: | Case No. 8:19-bk-08638-CPM |
| THE PRODUCERS, INC., | Chapter 11 |
| Debtor. _____/ | |
| GREGORY FAIA; *et al.*, | |
| Plaintiffs, | |
| v. | Adv. No. 8:21-ap-00333-CPM |
| SIGMUND SOLARES; *et al.*, | |
| Defendants. _____/ | |

## PLAINTIFFS' SUPPLEMENT TO MOTION
## TO RE-OPEN EVIDENCE FOR A NARROW LIMITED PURPOSE
## (DOC. NO. 487)

Gregory Faia, Vernon Decossas, III, DNC Holdings, Inc., DOM Holdings, Inc., and Domain Apps, LLC's (collectively the "**Plaintiffs**") hereby file this Supplement to Plaintiffs' Motion To Re-Open Evidence for a Narrow Limited Purpose ("**Supplement**"), seeking to supplement Plaintiffs' Motion to Re-Open Evidence for a Narrow Limited Purpose (Doc. No. 487) (the "**Motion**") with an additional document produced to Plaintiffs for the first time the evening of September 15, 2023 and designated as proposed Exhibit 242 for purposes of entry into the Trial[1] record attached hereto as **Exhibit A**.

Dated: September 19, 2023         Respectfully submitted,

---

[1] As defined in the Motion.

.
8559188.DOCX

| UNDERWOOD MURRAY, P.A. | CARLTON FIELDS, P.A. |
|---|---|
| /s/ *Scott A. Underwood* | /s/ *Donald R. Kirk* |
| Scott A. Underwood (FBN 0730041) | Donald R. Kirk (FBN 0105767) |
| Adam M. Gilbert (FBN 1011637) | P.O. Box 3239 |
| 100 North Tampa Street, Suite 2325 | Tampa, FL 33601-3239 |
| Tampa, FL 33602 | Tel: (813) 223-7000 |
| Tel: (813) 540-8402 / Cell: (813) 992-8148 | Fax: (813) 229-4133 |
| Fax: (813) 553-5345 | Email: dkirk@carltonfields.com |
| Email: sunderwood@underwoodmurray.com | |
| agilbert@underwoodmurray.com | *Attorneys for Gregory G. Faia* |

*Attorneys for DNC Holdings, Inc., Domain Apps, LLC, DOM Holdings, Inc., and Vernon Decossas*

## FILER'S ATTESTATION

Pursuant to Local Rule 1001-2(g)(3) regarding signatures Scott A. Underwood attests the concurrence in the filing of this paper has been obtained.

/s/ *Scott A. Underwood*
Scott A. Underwood

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing, that was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF, on September 19, 2023.

s/ *Scott A. Underwood*
Scott A. Underwood