# Exhibit A

# EXHIBIT COVER SHEET

Party
submitting: <u>Plaintiffs</u>     Ex. # <u>  242 (proposed)  </u>

Admitted:     Yes     or     No     (circle one)

Debtor:      <u>The Producers, Inc.</u>

Case No.:    <u>8:19-bk-08638-CPM</u>

Adv. No.:    <u>8:21-ap-00333-CPM</u>

Nature of Hearing/Docket No:<u>     Trial     </u>

**United States Bankruptcy Court**
**Middle District of Florida**

Dated _____, 20____.

By:_____, Deputy Clerk

**From:** faiaassoc2
**Sent:** Monday, October 19, 2020 8:44 AM EDT
**To:** hiriseentertainment

for me the biggest issue with showing the RICO complaint is that it could get them more on the defensive about what is needed in a settlement agreement. And the more we save for the next battle the better for that battle. Why not save the fraudulent bank account, etc. maybe in the future dvlpmnt only goes after the bank but then bank might go after Faia and Decossas

**CONFIDENTIAL**                                                                                                                                    SSP-0076249