ORDERED.

Dated: October 27, 2023

_Catherine M. Ewen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:19-bk-08638-CPM |
| The Producers, Inc., | Chapter 11 |
|     Debtor._____/ | |
| Gregory G. Faia, et al., | |
|     Plaintiffs, | Adv. No. 8:21-ap-00333-CPM |
| v. | |
| Sigmund Solares, et al, | |
|     Defendant._____/ | |

**ORDER SCHEDULING STATUS CONFERENCE
ON PENDING OPINION FOLLOWING NOMINEE TRIAL**

THIS PROCEEDING came on for consideration on the Court's own motion to consider entry of an appropriate order. Prior to finalizing the Court's ruling on the Nominee Trial, the Court finds it appropriate to schedule a status conference, at which the Court will make a brief announcement regarding the pending opinion.

Accordingly, it is

**ORDERED** that the Court will conduct a status conference on October 31, 2023, at 11:00 a.m., in Courtroom 8B, 801 North Florida Avenue, Tampa, Florida 33602. At this status conference, the Court will make a very brief announcement. The Court will not entertain any argument or comment at this status conference. The evidence remains closed, briefing has concluded, and all that remains is for the Court to enter its opinion. Because the Court will not hear from counsel at this status conference, counsel are strongly encouraged not to incur unnecessary attorney's fees by making an in-person appearance. All counsel are encouraged to appear via Zoom (by video or telephone). The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing.

Service shall be by CM/ECF only.