

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/31/2023 11:00 AM

COURTROOM  8B

## HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:19-bk-08638-CPM** | **Chapter 11** | 09/24/2021 |
| **ADVERSARY:** 8:21-ap-00333-CPM | | **Pltf Atty:** Michael W Magner |
| | | **Dft Atty:** Lynn Welter Sherman |

**DEBTOR:**  The Producers, Inc.

**HEARING:**

Faia et al v. Solares et al

Status Conference on Pending Opinion

**APPEARANCES::**
AAPPEARANCES: via zoom: Al Gomez, David Daly, DeWayne Williams, Donald Kirk, Glenn Burns, Gregory Faia, Jeffrey Warren, Michael Magner, Ryan French, Scott Underwood, Sigmund Solares, Vernon Decossas, Vivian Cahill
AAPPEARANCES: in person: Glenn Gallagher

**RULING:**
Status Conference on Pending Opinion

  ...Status Conference held...
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.