ORDERED.

Dated: November 14, 2023

*Catherine M<sup>c</sup>Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 8:19-bk-08638-CPM |
| The Producers, Inc., | Chapter 11 |
|     Debtor._____/ | |
| Gregory G. Faia, et al., | |
|     Plaintiffs, | Adv. No. 8:21-ap-00333-CPM |
| v. | |
| Sigmund Solares, et al, | |
|     Defendant._____/ | |

## ORDER SCHEDULING HEARING TO ANNOUNCE DECISION ON COUNT III

THIS PROCEEDING came on for consideration of a release date of the Court's decision on Count III of the complaint following the trial thereon in this bifurcated proceeding. On October 31, 2023, the Court announced that it would endeavor to schedule a "read in" of its decision on November 14, 2023, which is today. The Court's estimate was ambitious, given the very robust record in this case and the number of factual issues underlying the "nominee" or "simulation" issue that was tried. The trial spanned five days, is captured in 1,374 pages of transcripts (plus another approximately 32 minutes of sealed testimony that has not yet been transcribed), and involves approximately 6,000 pages of evidence, including transcripts of recorded telephone calls and video meetings.

Mindful of the upcoming Thanksgiving holiday, the Court sets a status conference for the week following Thanksgiving to announce the ruling. If the opinion can be released beforehand, the status conference will be canceled. In the meantime, for clarity and transparency of the record and to enable the Court to consider various impeachment attempts, the record -- as big as it already is -- appears to be missing a promised upload of the pages of deposition testimony that were read into the record (at times inaccurately so).

The Court regrets the delay in ruling on this matter, particularly given the impact on another federal court's docket, the District Court for the Eastern District of Louisiana.

Accordingly, it is

**ORDERED**:

1. The Court will conduct a hearing on **December 1, 2023, at 1:30 p.m.**, in Courtroom 8B, Sam M. Gibbons Courthouse, 801 N. Florida Avenue, Tampa, Florida, to announce its decision as to Count III.

2. The Court directs the parties to supplement the record on or before November 20, 2023, with the promised deposition pages and include a cover page indicating the name of the deponent and the date of the deposition.

Parties may attend the hearing in person or by Zoom. The Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing

The Clerk is directed to serve a copy of this order on any interested parties who do not receive service via CM/ECF.