[Dntchrga] [District Notice of Preliminary Hearing or Status Conference (AP)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                              Case No. 8:19−bk−08638−CPM
                                                    Chapter 11

The Producers, Inc.


_____Debtor*_____/

Gregory G. Faia

et al

        Plaintiff*


vs.                                                 Adv. Pro. No. 8:21−ap−00333−CPM


Sigmund Solares

et al

        _____Defendant*_____/

NOTICE OF STATUS CONFERENCE


        NOTICE IS GIVEN THAT:

1. A status conference in this proceeding will be held on November 20, 2023 , at 01:30 PM in
Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL
33602 on the following matter:

Order Scheduling Hearing to Announce Decision on Count III , (Document No.509 )

2. Parties may attend the hearing in person, by Zoom, or by telephone. The Court will enter a
separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties
appearing by telephone must arrange a telephonic appearance through Court Call (866−582−6878) by
5:00 p.m. the business day preceding the hearing.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or
defenses may be deemed waived.

4. The Court may continue this status conference upon announcement made in open court without
further notice.

5. Parties are reminded to comply with all requirements of Local Rule 7001−1.

6. Avoid delays. A photo ID is required for entry into the Courthouse. Local Rule 5073−1 restricts
the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a
specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar
identification card, or *pro hac vice* order.

FOR THE COURT

Dated: November 17, 2023        Sheryl L. Loesch , Clerk of Court

Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.